UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK M. JUSTIN,

        Plaintiff,

    v.

DISH DELIVERING INNOVATION IN SUPPORTIVE HOUSING,

        Defendant.

Case No. 26-cv-01778-AMO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 4

On March 5, 2026, the Court, the Honorable Sallie Kim presiding, denied Plaintiff Malik M. Justin's application to proceed in forma pauperis, granting Justin until April 6, 2026, to file a renewed application. Dkt. No. 4. Justin did not file a renewed application by the deadline. Indeed, Justin has not filed anything further in the case since filing his complaint and application to proceed in forma pauperis on March 2, 2026, resulting in the reassignment of the case to the undersigned based on Justin's failure to consent to magistrate judge jurisdiction. Dkt. Nos. 8 & 9. Accordingly, the Court **ORDERS** Justin to **SHOW CAUSE** why this action should not be dismissed for failure to prosecute and failure to comply with court-ordered deadlines. Justin shall file a renewed application to proceed in forma pauperis by no later than June 12, 2026. Failure to file a renewed application addressing the defects highlighted by Judge Kim will result in dismissal for failure to prosecute without further notice.

    **IT IS SO ORDERED.**

Dated: May 28, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California